UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LARRY W.,[1]                                                                                    Plaintiff

v.                                                                   Civil Action No. 3:21-CV-449-RGJ-CHL

COMMISSIONER OF SOCIAL                                                                          Defendant
SECURITY,

\* \* \* \* \*

**ORDER**

This matter comes before the Court on the Report and Recommendation (the "R&R") [DE 20] of United States Magistrate Judge Colin H. Lindsay recommending the Commissioner's Motion to Dismiss for Failure to State a Claim, or Alternatively, for Summary Judgment [DE 13] be granted and Claimant's Complaint [DE 1] be dismissed with prejudice. This matter was referred Magistrate Judge Lindsay pursuant to General Order No. 2019-11 to issue an R&R. [DE 8]. Plaintiff filed a Complaint [DE 1] against the Commissioner of Social Security ("Commissioner"). The Commissioner filed a Motion to Dismiss for Failure to State a Claim, or Alternatively, Motion for Summary Judgment. [DE 13]. On October 12, 2022, Magistrate Judge Lindsey issued an R&R, recommending that the motion be granted. [DE 20]. No objections were filed to the R&R within the applicable time. This matter is now ripe and for the reasons below, the Court **ADOPTS** the R&R.

Under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, a district court may refer a pretrial matter to a magistrate judge for preparation of an R&R. "The magistrate judge must enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed.

---

[1] Pursuant to General Order 22-05, the Plaintiff in this case is identified and referenced solely by first name and last initial.

R. Civ. P. 72(b)(1).  This Court then must "determine de novo any part of the magistrate judge's disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).  The Court need not review under a *de novo* or any other standard those aspects of the report and recommendation to which no specific objection is made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed.  *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, no objections were filed to the R&R.  That said, the Court has conducted its own review of the record and finds no error in the magistrate judge's findings and conclusions. For these reasons, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge, [DE 20], is **ADOPTED** in whole and **INCORPORATED** by reference;

(2) This matter is dismissed with prejudice and stricken from the Court's active docket.

(3) The Court will enter a separate judgment.

This is a final and appealable Order and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

November 1, 2022

Cc: Counsel of Record, Plaintiff, Pro Se (via certified mail)